# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128278

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHERYL L. PIERCE and HERMAN M. PIERCE,
       Plaintiffs-Appellees,

v

                                        SC: 128278
                                        COA: 250124
                                        Ingham CC: 02-000855-NO

CITY OF LANSING,
               Defendant-Appellant,
and

OTIS ELEVATOR COMPANY,
               Defendant.

_____/

      On order of the Court, the application for leave to appeal the February 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      September 28, 2005

t0919                                         Clerk